PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY ACEVEDO and PHILIP RICH,<br><br>Defendants. | CASE NO. 2:21-CR-00139-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 28, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, defendant Kimberly Acevedo, by and through Acevedo's counsel of record, and Philip Rich, by and through Rich's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 28, 2021.

2. By this stipulation, defendants Acevedo and Rich now move to continue the status conference until January 6, 2022, and to exclude time between October 28, 2021, and January 6, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes bank records, investigative reports, and related documents in electronic form, including almost 10,000 pages of documents. All discovery has been produced directly to counsel for

Rich, and all has been made available for inspection and copying.

      b)      Acevedo was apprehended in the District of Oregon in September 2021 and made an initial appearance in this District in October. The government and Acevedo's counsel are preparing to request a protective order so that the government may make the above discovery available to Acevedo's counsel.

      c)      Counsel for defendants Acevedo and Rich desire additional time to consult with their clients, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with their clients.

      d)      Counsel for defendants Acevedo and Ric believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 28, 2021 to January 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 13, 2021                PHILLIP A. TALBERT
                                       Acting United States Attorney


                                       /s/ DENISE N. YASINOW
                                       DENISE N. YASINOW
                                       Assistant United States Attorney

Dated: October 13, 2021                 /s/ MIA CRAGER
                                        MIA CRAGER
                                        Assistant Federal Public Defender
                                        Counsel for Defendant
                                        Kimberly Acevedo


Dated: October 13, 2021                 /s/ DONALD DORFMAN
                                        Counsel for Defendant
                                        Philip Rich


**ORDER**

IT IS SO ORDERED.

Dated: October 18, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                     3