UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 19, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY ACEVEDO,

    Defendant.

Case No. 2:21-cr-00139-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  KIMBERLY ACEVEDO , Case No. 2:21-cr-00139-TLN  Charge 18 USC § 1341, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $  100,000.00

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __x__ (Other):  The defendant is to be released on Monday, 11/22/2021 at 9:00 AM to the third-party custody of Zona Elizabeth Harris and Gary Lee Harris.

Issued at Sacramento, California on November 19, 2021 at 3:00 PM.

By: _/s/ Allison Claire_

Magistrate Judge Allison Claire