```
PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KIMBERLY ACEVEDO AND PHILIP RICH,<br><br>　　　　　　　　Defendants. | CASE NO. 2:21-CR-00139-TLN<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT** |

　　　　Plaintiff United States of America, by and through its counsel of record, defendant Kimberly Acevedo, by and through Acevedo's counsel of record, and Philip Rich, by and through Rich's counsel of record, hereby stipulate as follows:

　　　　1.　　By previous order a status conference in this matter was scheduled for January 6, 2022 before District Judge Morrison C. England, Jr., and all time up to January 6, 2022 was deemed excluded from the Speedy Trial Act under Local Code T4. ECF 31.

　　　　2.　　On November 9, 2021, this case was reassigned to District Judge Troy L. Nunley for all further proceedings, all dates set were vacated, and the parties were directed to file documents to reschedule any hearings. ECF 38.

　　　　3.　　By this stipulation and proposed order, the parties now move to reset the status

**STIPULATION AND ORDER RESETTING STATUS CONFERENCE**

conference in this matter to February 10, 2022 at 9:30 a.m., with all time until that date excluded under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

a) The discovery associated with this case includes bank records, investigative reports, and related documents in electronic form, including almost 10,000 pages of documents. All discovery has been produced directly to counsel for Acevedo and Rich, and has also been made available for inspection and copying.

b) Counsel for defendants Acevedo and Rich desire additional time to consult with their clients, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with their clients.

c) Counsel for defendants Acevedo and Rich believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 6, 2022 to February 10, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION AND ORDER RESETTING STATUS
CONFERENCE

IT IS SO STIPULATED.

Dated:  December 22, 2021          PHILLIP A. TALBERT
                                   Acting United States Attorney

                                   /s/ Denise N. Yasinow
                                   Denise N. Yasinow
                                   Assistant United States
                                   Attorney

Dated: December 22, 2021           /s/ Mia Crager
                                   Mia Crager
                                   Assistant Federal Public Defender
                                   Counsel for Defendant
                                   Kimberly Acevedo

Dated:  December 22, 2021          /s/ Donald Dorfman
                                   Counsel for Defendant
                                   Philip Rich

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of December, 2021.

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER RESETTING STATUS
CONFERENCE