1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  MIA CRAGER, SBN 300172
   Assistant Federal Defenders
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5
   Attorneys for Defendant
6  KIMBERLY ACEVEDO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  Case No.  2:21-CR-139-TLN
                                     )
11              Plaintiff,           )  **STIPULATION AND [PROPOSED] ORDER**
                                     )  **TO AMEND CONDITIONS OF RELEASE**
12              v.                   )
                                     )  Judge: Hon. Jeremy D. Peterson
13                                   )
    KIMBERLY ACEVEDO,                )
14                                   )
              Defendant.             )
15                                   )

16
        IT IS HEREBY STIPULATED and agreed by and between Federal Defender Heather
17
    Williams, through Assistant Federal Defender Mia Crager, counsel for Ms. Acevedo, and United
18
    States Attorney Phillip Talbert, through Assistant United States Attorney Denise Yasinow,
19
    counsel for Plaintiff, that Condition #19 be amended to change from a home confinement
20
    condition to a curfew condition.
21
        Ms. Acevedo was released on November 22, 2021 to the third party custody of her
22
    parents in Oregon.  *See* Dkt. ##41, 42.  She has been supervised by the Pretrial Services Office in
23
    Oregon.
24
        Since her release, Ms. Acevedo became employed and had steadily increased the number
25
    of hours she works each week.  She is now employed full time.  Ms. Acevedo respectfully
26
    requests that the home confinement condition be changed to a curfew between the hours of 11pm
27
    to 6am, which accounts for the time her work shifts typically begin and finish.
28

    Stipulation and [Proposed] Order to              -1-
    Amend Conditions of Release

1    Ms. Acevedo's supervising Pretrial Services Officer in Oregon reports that Ms. Acevedo

2    is compliant with all conditions of her release and maintains excellent and regular contact with

3    the supervising officer.  Pretrial Services therefore has no objection to changing the home

4    confinement condition to a curfew condition.

5        Therefore, with the agreement of Pretrial Services, the parties hereby stipulate that

6    Special Condition #19 (Dkt. #42) be replaced with the following language:

7        ***CURFEW:*** You must remain inside your residence every day from
     11:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer
8        for medical, religious services, employment or court-ordered
     obligations.
9

10   The full set of conditions, including the modified language, is attached to this stipulation.

11                                        Respectfully submitted,

12                                        HEATHER E. WILLIAMS
                                      Federal Defender
13
     Date: January 13, 2022             /s/  Mia Crager
14                                       MIA CRAGER
                                      Assistant Federal Defender
15                                       Attorneys for Defendant
                                      KIMBERLY ACEVEDO
16

17

18   Date: January 13, 2022             PHILLIP TALBERT
                                      United States Attorney
19
                                      /s/ Denise Yasinow
20                                       DENISE YASINOW
                                      Assistant United States Attorney
21                                       Attorney for Plaintiff

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to                      -2-
Amend Conditions of Release

1

## **O R D E R**

2      The Court, having received and considered the parties' stipulation, and good cause

3  appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5  IT IS SO ORDERED.

6

7  Dated: January 13, 2022                    _____

8                                                          HON. JEREMY D. PETERSON
                                                           United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to                      -3-
Amend Conditions of Release