PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
ROBERT J. ARTUZ
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>KIMBERLY ACEVEDO AND PHILIP RICH,<br><br>             Defendants. | CASE NO. 2:21-CR-00139-TLN<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT** |

Plaintiff United States of America, by and through its counsel of record, defendant Kimberly Acevedo, by and through Acevedo's counsel of record, and Philip Rich, by and through Rich's counsel of record, hereby stipulate as follows:

1.      By previous order a status conference in this matter was scheduled for February 10, 2022 before District Judge Troy L. Nunley, and all time up to February 10, 2022 was deemed excluded from the Speedy Trial Act under Local Code T4. ECF 55.

2.      By this stipulation and proposed order, the parties now move to reset the status conference in this matter to May 5, 2022, at 9:30 am, with all time until that date excluded under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

**Stipulation and Order Resetting Status Conference**

a)      The discovery associated with this case includes bank records, investigative reports, and related documents in electronic form, including almost 10,000 pages of documents. All discovery has been produced directly to counsel for Acevedo and Rich, and has also been made available for inspection and copying.

b)      On January 20, 2022, the Court appointed Rich new counsel, who only recently received the discovery in the case.  Counsel for both defendants desire additional time to consult with their clients, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with their clients.

c)      Counsel for both defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 10, 2022 to May 5, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

**Stipulation and Order Resetting Status Conference**

1    Dated:  February 2, 2022                     PHILLIP A. TALBERT
                                                  Acting United States Attorney
2

3                                                 /s/ Denise N. Yasinow
                                                  Denise N. Yasinow
4                                                 Assistant United States
                                                  Attorney
5
     Dated: February 2, 2022                      /s/ Mia Crager
6                                                 Mia Crager
7                                                 Assistant Federal Public Defender
                                                  Counsel for Defendant
8                                                 Kimberly Acevedo

9
     Dated:  February 2, 2022                     /s/ Dina Santos
10                                                Counsel for Defendant
                                                  Philip Rich
11

12

13

14                          **FINDINGS AND ORDER**

15        IT IS SO FOUND AND ORDERED this 3rd day of February, 2022.

16

17

18

19                                                _____
                                                  Troy L. Nunley
20                                                United States District Judge

21

22

23

24

25

26

27

28

**Stipulation and Order Resetting Status
Conference**