HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
KIMBERLY ACEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00139-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| KIMBERLY ACEVEDO ET AL | Date: May 5, 2022 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Heather Williams, Federal Defender, through Assistant Federal Defender Mia Crager attorneys for Kimberly Acevedo, and Defendant Phillip Rich by and through Attorney Dina Santos, AND Phillip A. Talbert, United States Attorney through Denise Yasinow, Assistant United States Attorney, attorneys for Plaintiff, that the status hearing be continued to July 28, 2022, and that the Court exclude time pursuant to the Speedy Trial Act.

Defense counsel desires additional time to consult with their clients, to review discovery, to evaluate potential defenses, and to otherwise prepare for trial. The discovery includes thousands of digital and audio files that the defense needs further time to review. Counsel for Ms. Acevedo needs to travel to Oregon to review the discovery with her client.

Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise

of due diligence.

The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including July 28, 2022,  as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  April 29, 2022

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ Mia Crager*
        MIA CRAGER
        Assistant Federal Defender
        Attorney for Defendant
        KIMBERLY ACEVEDO

Dated:  April 29, 2022

        */s/ Dina Santos*
        DINA SANTOS
        Attorney for Defendant
        PHILLIP RICH

Dated:  April 29, 2022

        PHILLIP A. TALBERT
        United States Attorney

        */s/ Denise Yasinow*
        DENISE YASINOW
        Assistant United States Attorney
        Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 28, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the May 5, 2022 status conference shall be continued until July 28, 2022, at 9:30 a.m.

Dated: May 2, 2022

Troy L. Nunley
United States District Judge