HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
KIMBERLY ACEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00139-TLN-1 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| KIMBERLY ACEVEDO, | Date: July 28, 2022<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Heather Williams, Federal Defender, through Assistant Federal Defender Mia Crager attorneys for Kimberly Acevedo, and Phillip A. Talbert, United States Attorney through Denise Yasinow, Assistant United States Attorney, attorneys for Plaintiff, that the status hearing be continued to October 6, 2022 and that the Court exclude time pursuant to the Speedy Trial Act.

Defense counsel desires additional time to consult with her client, to review discovery and to discuss possible resolutions with her client.  The discovery includes thousands of digital and audio files that the defense needs further time to review.

Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 6, 2022, as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated: July 21, 2022

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Mia Crager*
    MIA CRAGER
    Assistant Federal Defender
    Attorney for Defendant
    KIMBERLY ACEVEDO

Dated: July 21, 2022

    PHILLIP A. TALBERT
    United States Attorney

    */s/ Denise Yasinow*
    DENISE YASINOW
    Assistant United States Attorney
    Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 6, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the July 28, 2022 status conference shall be continued until October 6, 2022, at 9:30 a.m.

Dated: July 22, 2022

Troy L. Nunley
United States District Judge