HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
KIMBERLY ACEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:21-cr-00139-DAD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND CONVERT TO CHANGE OF PLEA** |
| ) | |
| vs. ) | |
| ) | |
| KIMBERLY ACEVEDO ) | Date: October 4, 2022 |
| ) | Time: 9:30 a.m. |
| ) | Judge: Dale A. Drozd |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between Heather Williams, Federal Defender, through Assistant Federal Defender Mia Crager attorneys for Kimberly Acevedo, and Phillip A. Talbert, United States Attorney through Denise Yasinow, Assistant United States Attorney, attorneys for Plaintiff, that the status conference scheduled for October 4, 2022, at 9:30 a.m. be continued to October 25, 2022 at 9:30 a.m. and converted to a Change of Plea hearing.

Defense counsel needs further time to confer with her client about the proposed plea offer. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 25, 2022, as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  September 30, 2022

                HEATHER E. WILLIAMS
                Federal Defender

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
KIMBERLY ACEVEDO

Dated:  September 30, 2022

                PHILLIP A. TALBERT
                United States Attorney

*/s/ Denise Yasinow*
DENISE YASINOW
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The Court orders the time from the date the parties stipulated, up to and including October 25, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).

Accordingly, the previously scheduled October 4, 2022 status conference as to this defendant is hereby vacated and defendant Acevedo is now set for a Change of Plea hearing on October 25, 2022, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **September 30, 2022**

UNITED STATES DISTRICT JUDGE