HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
KIMBERLY ACEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:21-CR-139-DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND CONDITIONS OF RELEASE** |
| | ) | |
| v. | ) | |
| | ) | |
| KIMBERLY ACEVEDO, | ) | Judge: Hon. Jeremy D. Peterson |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, KIMBERLY ACEVEDO, by and through her attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Assistant United States Attorney Denise Yasinow, hereby stipulate to and request an order from this Court temporarily modifying the conditions of Ms. Acevedo´s pretrial release to permit her to travel from her home in the District of Oregon to attend a Change of Plea Hearing in the Eastern District of California, in Sacramento.  The parties have conferred with Ms. Acevedo´s assigned pretrial services officer, who approves of this stipulated modification.

Ms. Acevedo was released on November 22, 2021, to the third party custody of her parents in Oregon.  *See* Dkt. ##41, 42.  She has been supervised by the Pretrial Services Office in Oregon.  Ms. Acevedo's supervising Pretrial Services Officer in Oregon reports that Ms. Acevedo is compliant with all conditions of her release and maintains excellent and regular contact with the supervising officer.

Ms. Acevedo is scheduled for a Change of Plea hearing on October 25, 2022, at 9:30 a.m. before the Honorable Dale A. Drozd. In order make the in-person appearance, Ms. Acevedo plans to depart her home in Oregon at 6:00 a.m. on October 24, 2022, to drive to Sacramento, CA in the company of her mother. Ms. Acevedo and her mother have arranged to stay at the Hilton hotel located at 1006 4th Street in Sacramento, CA 95814 on the evenings of October 24 and 25, departing on the morning of October 26, 2022 by 11:30 a.m. to return home.

Therefore, with the agreement of Pretrial Services, the parties hereby stipulate that Special Condition #19, location monitoring, be temporarily amended to permit Ms. Acevedo´s absence from her home between her departure at 6:00 a.m. on October 24, 2022, and her return at 9:30 p.m. on October 26, 2022.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 19, 2022

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
KIMBERLY ACEVEDO

Date: October 19, 2022

PHILLIP TALBERT
United States Attorney

*/s/ Denise Yasinow*
DENISE YASINOW
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and [Proposed] Order to Temporarily Amend Conditions of Release

-2-

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 19, 2022

HON. JEREMY D. PETERSON
United States Magistrate Judge