1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   MEGAN T. HOPKINS, SBN 294141
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA 95814
4   T: (916) 498-5700

5   Attorneys for Defendant
    KIMBERLY ACEVEDO
6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9
    UNITED STATES OF AMERICA,           )   Case No.  2:21-CR-139-DAD
10                                       )
         Plaintiff,                      )   **STIPULATION AND [~~PROPOSED~~] ORDER**
11                                       )   **TO MODIFY CONDITIONS OF PRETRIAL**
                                         )   **RELEASE**
12       v.                              )
                                         )
13  KIMBERLY ACEVEDO,                    )   Judge: Hon. Carolyn K. Delaney
                                         )
14       Defendant.                      )
                                         )
15  _____ )

16       The defendant, KIMBERLY ACEVEDO, by and through her attorney of record,

17  Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its

18  attorney of record, Assistant United States Attorney Denise Yasinow, hereby stipulate to and

19  request an order from this Court modifying the conditions of Ms. Acevedo's pretrial release to

20  remove the condition of location monitoring.  The parties have conferred with Ms. Acevedo's

21  assigned pretrial services officers[1], who both approve of and have recommended this stipulated

22  modification.  In light of pretrial services' recommendation, counsel for the government does not

23  object to the removal of the location monitoring condition.

24       Ms. Acevedo was released on November 22, 2021, to the third party custody of her

25  parents in Oregon.  *See* Dkt. ##41, 42.  She has been subject to a condition of location

26  monitoring for the past 12 months, since her release.  She has been primarily supervised by the

27

28
    _____
    [1] Ms. Acevedo is supervised by both the Eastern District of California and the District of Oregon, where she resides.
    Stipulation and [Proposed] Order to                    -1-
    Modify Conditions of Release

1    Pretrial Services Office in Oregon.  Ms. Acevedo's supervising Pretrial Services Officer in

2    Oregon reports that Ms. Acevedo is compliant with all conditions of her release and maintains

3    excellent and regular contact with the supervising officer.  Ms. Acevedo's supervising Pretrial

4    Services Officer in the Eastern District of California has also confirmed her compliance with all

5    release conditions and directives of the Pretrial Services Office.

6         Given her extended period of compliance with all conditions, the pretrial services office

7    believes that the condition of location monitoring is no longer necessary to reasonably assure

8    Ms. Acevedo's appearance in Court, and recommends the removal of this condition.  Therefore,

9    the parties hereby stipulate that Special Conditions #18-19, location monitoring, be removed.  In

10   anticipation of the court's order modifying the conditions as requested herein, amended special

11   conditions of release were provided by the pretrial services office and are attached to this

12   stipulation as Exhibit A.

13                                    Respectfully submitted,

14                                    HEATHER E. WILLIAMS
                                      Federal Defender
15
     Date: November 17, 2022          /s/  Megan T. Hopkins
16                                    MEGAN T. HOPKINS
                                      Assistant Federal Defender
17                                    Attorneys for Defendant
                                      KIMBERLY ACEVEDO
18

19

20   Date: November 17, 2022          PHILLIP TALBERT
                                      United States Attorney
21
                                      /s/ Denise Yasinow
22                                    DENISE YASINOW
                                      Assistant United States Attorney
23                                    Attorney for Plaintiff

24

25

26

27

28

     Stipulation and [Proposed] Order to        -2-
     Modify Conditions of Release

1

## **O R D E R**

2          The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5   IT IS SO ORDERED.

6

7   DATED: November 17, 2022                    _____

8                                              ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28