HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
KIMBERLY ACEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY ACEVEDO<br><br>Defendant. | Case No. 2:21-cr-00139-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING**<br><br>Date: June 20, 2023<br>Time: 9:30 a.m.<br>Judge: Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Heather Williams, Federal Defender, through Assistant Federal Defender Mia Crager attorneys for Kimberly Acevedo, and Phillip A. Talbert, United States Attorney through Denise Yasinow, Assistant United States Attorney, attorneys for Plaintiff, that the sentencing hearing scheduled for June 20, 2023, at 9:30 a.m. be continued to July 18, 2023, at 9:30 a.m. The parties further stipulate and request the Court reset the date for reply to formals to July 11, 2023.

The reason for the requested continuance is that defense counsel has recently returned from extended leave and had a change in her schedule such that she will be unavailable between June 7 and June 30. The parties wish to remain on track with the previously imposed PSR schedule and reset only the final two dates in the requested schedule.

//

///

The United States Probation Officer have no objection to this request.

Dated: April 4, 2023

           HEATHER E. WILLIAMS
           Federal Defender

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
KIMBERLY ACEVEDO

Dated: April 4, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Denise Yasinow*
DENISE YASINOW
Assistant United States Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The Court orders that the sentencing hearing is reset to July 18, 2023. The PSR schedule shall be as follows:

| | |
|---|---|
| Proposed PSR: | May 9, 2023 |
| Objections: | May 23, 2023 |
| Report: | May 30, 2023 |
| Correction: | June 6, 2023 |
| Reply/Sentencing Memo: | July 11, 2023 |
| Judgment and Sentencing: | July 18, 2023 |

IT IS SO ORDERED.

Dated: **April 13, 2023**

_____
UNITED STATES DISTRICT JUDGE