HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
KIMBERLY ACEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>KIMBERLY ACEVEDO )<br><br>Defendant. )<br>_____ ) | Case No. 2:21-cr-00139-DAD-1<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>Date: July 18, 2023<br>Time: 9:30 a.m.<br>Judge: Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Heather Williams, Federal Defender, through Assistant Federal Defender Mia Crager attorneys for Kimberly Acevedo, and Phillip A. Talbert, United States Attorney through Denise Yasinow, Assistant United States Attorney, attorneys for Plaintiff, that the sentencing hearing scheduled for July 18, 2023, at 9:30 a.m. be continued to July 25, 2023, at 9:30 a.m.  The parties further stipulate and request the Court reset the date for the Final PSR to June 27, 2023, the date for formals to July 11, 2023, and the reply to formals to July 18, 2023.

The reason for the requested continuance is the United States Probation Officer is out on medical leave and needs more time to complete the PSR report.

The Assistant United States Attorney and the United States Probation Officer have no objection to this request.

//

-1-

1

Dated:  May 30, 2023

2

HEATHER E. WILLIAMS
Federal Defender

3

4

/s/ Mia Crager
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
KIMBERLY ACEVEDO

5

6

Dated:  May 30, 2023

7

8

PHILLIP A. TALBERT
United States Attorney

9

10

/s/ Denise Yasinow
DENISE YASINOW
Assistant United States Attorney
Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3 stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4 its order.

5      The Court orders that the sentencing hearing is reset to July 25, 2023.  The PSR schedule

6 shall be as follows:

7          Final PSR Due:                    June 27, 2023

8          Formals:                          July 11, 2023

9          Reply to Formals:                 July 18, 2023

10         Judgment and Sentencing:          July 25, 2023

11

12      IT IS SO ORDERED.

13 Dated:   **May 30, 2023**                  _____

14                                            UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28