HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
KIMBERLY ACEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00139-DAD |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | ) ) | |
| KIMBERLY ACEVEDO, | ) ) ) | Date: July 25, 2023 Time: 9:30 a.m. Judge: Dale A. Drozd |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between Heather Williams, Federal Defender, through Assistant Federal Defender Mia Crager attorneys for Kimberly Acevedo, and Phillip A. Talbert, United States Attorney through Denise Yasinow, Assistant United States Attorney, attorneys for Plaintiff, that the sentencing hearing scheduled for July 25, 2023, at 9:30 a.m. be continued to August 22, 2023, at 9:30 a.m. The parties further stipulate and request the Court reset the date for formals to August 1, 2023, and reset the date for reply to formals to August 8, 2023.

The reason for the requested continuance is that defense counsel needs further time to prepare formal objections. Working around government counsel's anticipated leave and the Court's availability, August 22 is the next reasonably available date.

The United States Probation Officer has no objection to this request.

//

-1-

Respectfully submitted,

Dated: July 10, 2023

HEATHER E. WILLIAMS
Federal Defender

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
KIMBERLY ACEVEDO

Dated: July 10, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Denise Yasinow*
DENISE YASINOW
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The Court orders that the sentencing hearing is reset to August 22, 2023. The PSR schedule shall be as follows:

| | |
|---|---|
| Formal Objections to PSR Due: | August 1, 2023 |
| Reply to Formal Objections: | August 8, 2023 |
| Judgment and Sentencing: | August 22, 2023 |

IT IS SO ORDERED.

Dated:  **July 11, 2023**

_____
UNITED STATES DISTRICT JUDGE