HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
KIMBERLY ACEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00139-DAD |
|---|---|---|
| Plaintiff, | ) | **ORDER TO EXTEND SELF-SURRENDER DATE TO DECEMBER 19, 2023** |
| vs. | ) | |
| KIMBERLY ACEVEDO, | ) | Judge: Hon. Dale A. Drozd |
| Defendant. | ) | |

The Court, having received and considered the defense's motion for extension of self-surrender date to **December 19, 2023** (ECF No. 124) and good cause appearing, the defendant's motion to extend her self-surrender date to **December 19, 2023** is GRANTED.

IT IS SO ORDERED.

Dated:  **November 20, 2023**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-1-